**Kevin M. Lemley**

**From:** Curtis Neeley Jr. [mailto:Curtis@CurtisNeeley.com]
**Sent:** Friday, January 22, 2010 6:42 PM
**To:** Kevin M. Lemley
**Subject:** RE: Mr Lemley

Mr. Lemley,

I appreciate your dialog. I realize that it is unprofessional to discuss/argue outside of motions. I am trying to be as professional as possible as Pro Se. I am a professional nothing. I will try to stop over-using the word irony in my Motions. Have you noticed? I do not feel I must attempt to conduct a telephone conference. If that is all that is allowed, I will not have any choice besides attempting to have a attendant to assist me. The relevant portion of Rule 26(f)(2) says, "the court may order the parties or attorneys to attend the conference in person". You feel it is important to keep both your hands free? I refuse to learn another new skill.

That leaves me facing my FIRST 26(f) conference with no hands! Not fair! You should have realized that I have added a claim for NAMEMEDIA INC causing my copyrights to being violated at the Internet Archive. I also asked for a SUMMARY Judgment. I did not leave the (A) off 106 this time! Ironically, the NAMEMEDIA INC hiding the Archive is hiding of evidence that I feel was discoverable and prevents me from calculating compensatory damages. I plan to have it compelled. <u>I refuse to consider a joint report</u> and plan to ask that we attend personally to facilitate my physical disabilities. Teleconferences disadvantage one of the parties; ME! <u>Just bill them for your time handsomely to make this a more punitive process</u>. They will end up throwing more money at this issue by the time this is over.


The Curtis Neeley Foundation;
President: Curtis J Neeley Jr, MFA
www.CurtisNeeley.com
2619 N. Quality Ln, Ste 123
Fayetteville, AR 72703
Voice: 479-263-4795

----------------------------------------------------------------------------------------------------------

DISCLAIMER: Curtis Neeley suffered a severe traumatic brain injury that often very negatively impacts his communications. He is often perceived as blunt, tactless, self-centered and rude. Although Curtis has a severe disability, he is determined to continue performing meaningful art. The Curtis Neeley Foundation is created to preserve and promote his artistic photographic legacy.

-----Original Message-----
**From:** Kevin M. Lemley [mailto:kmlemley@allenlawfirmpc.com]

1



**Kevin M. Lemley**

| | |
|---|---|
| **From:** | Curtis Neeley Jr. [Curtis@CurtisNeeley.com] |
| **Sent:** | Friday, January 22, 2010 2:15 PM |
| **To:** | Kevin M. Lemley |
| **Subject:** | Mr Lemley |

Mr. Lemley,

I welcome you to respond to my motion seeking Summary Judgment and appreciate the fact that your suit will outrage the jury as much as it will. I am NEVER going to use an attorney and you may speak to me directly via email or by phone. Due to, in part, the same physical disability that will toll my outrage claim, I have trouble using a telephone and keeping notes because I have only full use of one arm. I prefer to type as well since it is easier to remember. I have extreme difficulty keeping my memories organized. Do you actually think anyone believes that being a member of a website that alters a "terms of use" means that copyrights must be registered to be valid?
I prefer not to talk outside of email.
I will answer the phone, but will not discuss anything that should require taking notes.
Basically that is everything.
I would like to try to coordinate with you to get our Rule 26 scheduling agreement completed so we can get underway with the trial.

The Curtis Neeley Foundation;
President: Curtis J Neeley Jr, MFA
www.CurtisNeeley.com
2619 N. Quality Ln, Ste 123
Fayetteville, AR 72703
Voice: 479-263-4795

------------------------------------------------------------------------

----------

DISCLAIMER: Curtis Neeley suffered a severe traumatic brain injury that often very negatively impacts his communications. He is often perceived as blunt, tactless, self-centered and rude. Although Curtis has a severe disability, he is determined to continue performing meaningful art. The Curtis Neeley Foundation is created to preserve and promote his artistic photographic legacy.

1