IN THE UNITED STATES COURT
WESTERN DISTRICT OF ARKANSAS

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

FEB 19 2010

CHRIS R. ___

BY

DEPUTY CLERK

**CURTIS J NEELEY JR, MFA**

vs

**CASE NO. 5:09-cv-05151-JLH**

*NameMedia Inc.*
*Network Solutions Inc.*
*Google Inc.*

## MOTION FOR A MORE DEFINITE STATEMENT

The reply to the facts Docket #77 contained several misquotes or presentations of improper understandings of an email communication being treated as contracts or proposals. Plaintiff is uncertain that these were honest misunderstandings or if these were attempts to treat a casual email dialog as contractual or mislead the court. Pursuant to Federal Rules of CP 15(e), Plaintiff asks the Judge to direct the Defendant to make a more definite statement specifically of the statements outlined in the supporting statement filed herewith as directed by Local Rule 7.2 or as a communication with the Court that is served on attorneys for each party pursuant to Local Rule 7.3.

Respectfully submitted,

Curtis J Neeley Jr, MFA

# CERTIFICATE OF SERVICE

I hereby certify that, on _____/ 2010, I will file a copy of the foregoing with the Court Clerk for The United States Court in the Western District of Arkansas and the clerk will scan each document and it will be made into a B&W PDF and be available to the attorneys representing the copyright conspirators and trademark violators for this case. Their Counsel will each receive notification from EM/ECF. The color PDFs that were the sources printed from are accessible for free to the public at http://www.CurtisNeeley.com/5-09-cv-05151/Docket immediately perpetually.

**Jennifer Haltom Doan**
Haltom & Doan
6500 Summerhill Road, Suite 100
Texarkana, TX 75503

**Daralyn Jeannine Durie**
Durie Tangri Lemley Roberts & Kent, LLP
332 Pine Street
Suite 200
San Francisco , CA 94104

**KEVIN M. LEMLEY (ABN 2005034)**
ALLEN LAW FIRM
A Professional Corporation
212 Center Street, 9th Floor
Little Rock AR 72201

**JOHN D. CLOPPER**
Assistant United States Attorney
86 Chambers Street, 5th Floor
New York, New York 10007

**The Honorable Denny Chin**
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

**Ronald Lee Raider**
Kilpatrick Stockton, LLP (GA)
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309

**Natalie Sterling**
c/o Network Solution
13861 Sunrise Valley Dr
Herndon VA 20171

**WILLIAM F. CAVANAUGH**
U.S. Department of Justice
Deputy Assistant Attorney General
Antitrust Division
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

/s/Curtis J Neeley Jr, MFA
Curtis J Neeley Jr, MFA