IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**CURTIS J. NEELEY, Jr.**                                                                                   **PLAINTIFF**

VS.                            CASE NO. 5:09-cv-05151-JLH

**NAMEMEDIA, INC.;**
**NETWORK SOLUTIONS, INC.;**
**and GOOGLE, INC.**                                                                                         **DEFENDANTS**

### RESPONSE TO MOTION TO STRIKE

NameMedia, Inc. ("NameMedia"), in response to the Motion to Strike filed by Plaintiff Curtis J. Neely, Jr., states as follows:

1. NameMedia's response in no way violates Local Rule 7.3; the attached correspondence directly related to issues raised by Plaintiff's own motion, and thus directly relates to an issue before the Court for resolution;

2. Plaintiff's motion is wholly without merit and must be denied.

WHEREFORE, NameMedia requests that Plaintiff's motion be denied, for its costs and attorney fees in responding to the motion, and for all other relief to which it may be entitled.

                                                                           Respectfully submitted,

                                                                           H. WILLIAM ALLEN (ABN 69001)
                                                                           KEVIN M. LEMLEY (ABN 2005034)
                                                                           ALLEN LAW FIRM
                                                                           A Professional Corporation
                                                                           212 Center Street, 9th Floor
                                                                           Little Rock, AR 72201
                                                                           (501) 374-7100

                                                                           By: /s/ H. William Allen
                                                                               H. William Allen

By: /s/ Brooks C. White
Brooks C. White

Attorneys for Defendant NameMedia, Inc.

## CERTIFICATE OF SERVICE

I, Brooks C. White, hereby certify that on this 22nd day of February, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following attorneys of record:

Michael H. Page
Durie Tangri, LLP
217 Leidesdorff Street
San Francisco, CA 94111
mpage@durietangri.com

Jennifer H. Doan
jdoan@haltomdoan.com
Joshua R. Thane
jthane@haltomdoan.com
Haltom & Doan
Crown Executive Center, Suite 100
6500 Summerhill Road
Texarkana, TX 75503

I further certify that, on this 22nd day of February, 2010, I mailed a copy of the foregoing to the following *pro se* plaintiff:

Mr. Curtis J. Neeley, Jr.
2619 N. Quality Lane, Apt. 123
Fayetteville, AR 72703

/s/ Brooks C. White
Brooks C. White