IN THE UNITED STATES COURT
WESTERN DISTRICT OF ARKANSAS

**CURTIS J NEELEY JR, MFA**

vs

**CASE NO. 5:09-cv-05151-JLH**

*NameMedia Inc.*
*Network Solutions Inc.*
*Google Inc.*

# SUPPLEMENT TO MOTION TO STRIKE RESPONSES FOR VIOLATING LOCAL RULES

Docket #78 by the law professor Kevin Lemley communicated a private email among party's attorneys contrary to Local Rule 7.3(a). Professor Lemley attempts to mislead the Court in this Action in Docket #77 ¶¶(n, p). The supporting statement filed herewith is filed pursuant to Local Rule 7.2 and now seeks striking both the response and the supplemental response Docket #81 for obviously blatant violations of Local Rule 7.3(a). The Exhibit "A" filed herewith is an example of what opposing Counsel should have filed instead to accomplish the same thing.

Respectfully submitted,

Curtis J Neeley Jr, MFA

1-2

# CERTIFICATE OF SERVICE

I hereby certify that, on _____/ 2010, I will file a copy of the foregoing with the Court Clerk for The United States Court in the Western District of Arkansas and the clerk will scan each document and it will be made into a B&W PDF and be available to the attorneys representing the copyright conspirators and trademark violators for this case. Their Counsel will each receive notification from ARWD-EM/ECF. The color PDFs that were the sources printed from are accessible for free to the public at http://www.CurtisNeeley.com/5-09-cv-05151/Docket immediately after filed perpetually.

**Jennifer Haltom Doan**
Haltom & Doan
6500 Summerhill Road, Suite 100
Texarkana, TX 75503

**Daralyn Jeannine Durie**
Durie Tangri Lemley Roberts & Kent, LLP
332 Pine Street
Suite 200
San Francisco , CA 94104

**KEVIN M. LEMLEY (ABN 2005034)**
ALLEN LAW FIRM
A Professional Corporation
212 Center Street, 9th Floor
Little Rock AR 72201

**JOHN D. CLOPPER**
Assistant United States Attorney
86 Chambers Street, 5th Floor
New York, New York 10007

**The Honorable Denny Chin**
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

**Ronald Lee Raider**
Kilpatrick Stockton, LLP (GA)
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309

**Natalie Sterling**
c/o Network Solution
13861 Sunrise Valley Dr
Herndon VA 20171

**WILLIAM F. CAVANAUGH**
U.S. Department of Justice
Deputy Assistant Attorney General
Antitrust Division
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

/s/Curtis J Neeley Jr, MFA
Curtis J Neeley Jr, MFA