IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CURTIS J. NEELEY JR.,                                                           PLAINTIFF

Case No. 09-5151

V. NAMEMEDIA, INC.,
NETWORK SOLUTIONS, INC.,
GOOGLE, INC.                                                                   DEFENDANTS

**O R D E R**

On December 14, 2009, the undersigned entered an Order directing the United States

Marshal to serve defendants, Network Solutions, Inc. and Google, Inc., by certified mail with a

return receipt requested.  (Doc. #23).  It has come to the court's attention that Network Solutions,

Inc. has not yet been served by the United States Marshal.

The Court hereby directs the United States Marshal to serve defendant Network

Solutions, Inc., by serving its registered agent, Natalie Sterling, c/o Network Solution, 13861

Sunrise Valley Dr., Herndon, VA., 20171, **by certified mail with a return receipt requested,**

**by no later than March 5, 2010.**

Defendant is to be served without prepayment of fees and costs or security therefor.

Defendant Network Solutions, Inc. is ordered to respond within **twenty-one (21) days** from the

date of service.

IT IS SO ORDERED this24th day of February, 2010.


*/s/ Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE