IN THE UNITED STATES COURT
WESTERN DISTRICT OF ARKANSAS

**CURTIS J NEELEY JR, MFA**

vs

CASE NO. 5:09-cv-05151-JLH

NameMedia Inc.
Network Solutions Inc.
Google Inc.

# REMEDIAL COPYRIGHT LESSON COMMUNICATED TO THE COURT AND EVERY DEFENDANT PURSUANT TO LR 7.3

The case in New York where they are conspiring with the Author's Guild to extinguish copyrights is nearing Docket #1000 and the Plaintiff's Docket #73 Attachment #1 Exhibit CHIN has not yet been added. It will be added there since received in time by certified mail. Google Books case there will not be settled although Google already says it is hoping to mislead the Court.

## TRAFFICS-IN

"Traffics-in" domain names is a principal business of Separate Defendant Google and if Google Inc did not traffic in domain names there would not be a need for the Lanham act at all because it would not be profitable to speculate on domain values licensed to Google Inc "AdSense for Domains" with the Ponzi-scheme of domain real estate. Certainly the Defendants see how important a domain name actually is with no product or service to sell besides fraudulent advertising, which is a principle business of Google Inc.

## COPYRIGHT HISTORY

Separate Defendant Google Inc has blatantly demonstrated glaring violations of millions of registered copyright by scanning millions of books with copyright registered in New York and there purports to create a copyright *"alternative"* with their fiscal settlement. The Attorney General has already objected to Google attempting to bypass congress and settle. Besides the United States there are numerous other countries who object.

This case is extremely short thus far in comparison and will serve as instruction for an apparently copyright law-misunderstanding group of Defendants. Copyright laws have NEVER given copyrights but have only inadequately recognized them. The law recognized by Queen Anne in 1709 that was copied verbatim for the first two sentences about eighty years later by Benjamin Huntington and Samuel Webster in HR 10 June 23, 1789 in the United States and finally signed by George Washington as the HR 43 to become copyright hoax on May 31, 1790. For April fool's Day hoax in 1790, lawyers and book publishers first conspired to disparage and license a fundamental right. Today they stand again together to change the way they disparage them in a Class Action Settlement that will create new law. Defendant Google alleges that it is settled although it is not nearly settled. The United States may lead the entire world on some things but trails several nations on recognizing the morality of copyrights.

## **IMMORALITY**

"When the woman saw that the fruit of the tree was good for food and pleasing to the eye, and also desirable for gaining wisdom…." *See* Genesis 3:6 Bible *NIV*

"A small group of Googlers officially launches the **secret** "books" project. They begin talking to experts about the challenges ahead, starting with a simple but crucial question: how long would it take to digitally scan every book in the world? It turns out, oddly enough, that no one knows…. University of Michigan president Mary Sue Coleman explains why the university has chosen to partner with [Google Inc] on the Library Project, underscoring the importance of digitizing books in the face of natural disasters like Hurricane Katrina and adding, 'We believed in this forever'". Google Inc displays this. *See* <http://books.google.com/googlebooks/history.html> Reading the history there you will see that Universities and Publishers have conspired from the beginning. Plaintiff reminds the Ms Coleman of the obvious fact that had Hurricane Katrina wiped out the last copies of any book, the human race would easily adapt and any lost knowledge would be learned again. Any lost art would eventually be replaced.

It turns out that Google is motivating immorality in humanity with exactly the same argument used in the Bible. Whether the Bible is the Word of God or an old fiction, the desire for nearly instant access to knowledge is exactly the same.

One immoral motivator advises you to eat a fruit and you will know more and the other immoral motivator advises you to violate copyrights by clicking or signing and you can know anything learned by humanity.

## REMEDIAL COPYRIGHT LESSON

The Ninth Amendment initially protected copyrights best until publisher Samuel Webster and attorney Benjamin Huntington conspired to use the desire for knowledge to generate desires to sell copyright licenses.

Copyrights are as fundamental as Free Speech and Google and the Authors Guild are conspiring to redefine it or destroy it finally. Children realize that taking credit for another person's work is wrong. They know this without being taught about copyright. This is because it violates a fundamental right they know already exists. This fundamental desire to be recognized for your own creation depends on copyrights. **The rights in US Title 17 106A do not allow for a single speck of fair-use.** The entire agreement in New York does not address the rights of individual authors to control attribution. This right does not need to be REGISTERED although registration of copyright did not slow the "**secret**" Google Inc books project violations of millions of books with **REGISTERED** copyrights.

The brain injured, paralyzed, and *pro se* plaintiff is not able to file motion or supplements as easy as clicking to save as each Defendant is able to do. This lawsuit is LOGICALLY over except for the presentation to a jury of peers. Plaintiff agrees that **ENOUGH IS ENOUGH!** The Plaintiff will never register a copyright because the law has always been wrong and a conspiracy between publishers and lawyers! This does not remove Plaintiff's fundamental copyrights. The Third Amended Complaint will bring the Courts to bear to rein on the conspirators but awaits the outrageous motion to dismiss Docket #63 being ruled on and thrown out. The Docket list might be extreme compared to most *pro se* dockets but it is tiny compared to either the New York copyright case or the Illinois case for vicarious trademark violation by Google with Vulcan Golf. Plaintiff believes that the Defendants each realize by now that a JURY will have to Rule in this case and that US Title 17 does not anchor copyrights adequately. There is no need for a response by anyone or a sanction for the poor, paralyzed, brain injured, and *pro se* Plaintiff. This is a LR 7.3(a) Communication with the Court that can be ignored by each Defendant just like the Defendants each already ignore the fundamental rights of copyrights along with the United States Government.

The initially ordered certified summons was only sent regular mail by the US Marshal on pro se Plaintiffs best information and belief and this leaves Network Solution Inc having the Second Amended Complain without a complete service of the first. When this is resolved the Plaintiff intends to seek to file a THIRD amended complaint and add several torts and several Defendants and believes the issues of service of process and scheduling and discovery will then be ripe for pursuing..

This is only done so Defendants after the Motion to Dismiss for Failing to State a Claim is dismissed Amended Complaint Three can be sought. Plaintiff will stop filing and await all Defendants being served and responding since they file as easily as emailing and Plaintiff will only respond again if asked by the court or if a response is due. Please guys Plaintiff states that ENOUGH IS ENOUGH! Lets get to a trial. A jury decision is more Democratic than a Class Action revision of Title 17.

Respectfully submitted,

Curtis J Neeley Jr, MFA

# CERTIFICATE OF SERVICE

I hereby certify that, on 02/24/ 2010, I will file a copy of the foregoing with the Court Clerk for The United States Court in the Western District of Arkansas and the clerk will scan each document and it will be made into a B&W PDF and be available to the attorneys representing the copyright conspirators and trademark violators for this case. Their Counsel will each receive notification from EM/ECF. The color PDFs that were the sources printed from are accessible for free to the public at <http://www.CurtisNeeley.com/5-09-cv-05151/Docket> immediately perpetually by the end of the day.

**Jennifer Haltom Doan**
Haltom & Doan
6500 Summerhill Road, Suite 100
Texarkana, TX 75503

**Daralyn Jeannine Durie**
Durie Tangri Lemley Roberts & Kent, LLP
332 Pine Street
Suite 200
San Francisco, CA 94104

**KEVIN M. LEMLEY (ABN 2005034)**
ALLEN LAW FIRM
A Professional Corporation
212 Center Street, 9th Floor
Little Rock AR 72201

**JOHN D. CLOPPER**
Assistant United States Attorney
86 Chambers Street, 5th Floor
New York, New York 10007

**The Honorable Denny Chin**
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

**Ronald Lee Raider**
Kilpatrick Stockton, LLP (GA)
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309

**Natalie Sterling**
c/o Network Solution
13861 Sunrise Valley Dr
Herndon VA 20171

**WILLIAM F. CAVANAUGH**
U.S. Department of Justice
Deputy Assistant Attorney General
Antitrust Division
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

/s/Curtis J Neeley Jr, MFA
Curtis J Neeley Jr, MFA