IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**CURTIS J. NEELEY, JR., MFA**                                                                  **PLAINTIFF**

      **V.**                        **CASE NO. 5:09-cv-05151**

**NAMEMEDIA, INC.;**
**NETWORK SOLUTIONS, INC.;**
**and GOOGLE, INC.**                                                                              **DEFENDANTS**

### ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel in this action for Network Solutions, LLC. I certify that I am admitted to practice in this Court, and I am registered in this Court's Electronic Case Filing System.

    DATED this 11th day of March, 2010.

                                 Respectfully submitted,

                                 NETWORK SOLUTIONS, LLC

                                 By:     /s/ Kerri E. Kobbeman
                                       Kerri E. Kobbeman
                                       Arkansas Bar No. 2008149
                                       CONNER & WINTERS, LLP
                                       211 E. Dickson Street
                                       Fayetteville, AR  72701
                                       Telephone (479) 582-5711
                                       Facsimile (479) 587-1426
                                       kkobbeman@cwlaw.com

                                 *Its Attorneys*

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

H. William Allen
Brooks C. White
Allen Law Firm
212 Center Street, 9th Floor
Little Rock, AR  72201

Michael H. Page
Durie Tangri, LLP
217 Leidesdorff St.
San Francisco, CA  94111

Jennifer H. Doan
Joshua R. Thane
Haltom & Doan
Crown Executive Center, Suite 100
6500 Summerhill Rd.
Texarkana, TX  75503

I hereby certify that I have mailed the document by the United States Postal Service to the following non CM/ECF participants:

Curtis J. Neeley, Jr.
2619 N. Quality Lane, Apt. 123
Fayetteville, AR  72703

                                    /s/ Kerri E. Kobbeman
                                    Kerri E. Kobbeman