IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**CURTIS J. NEELEY, JR., MFA**                                                              **PLAINTIFF**

   V.                    CASE NO. 5:09-cv-05151

**NAMEMEDIA, INC.;**
**NETWORK SOLUTIONS, INC.;**
**and GOOGLE, INC.**                                                                          **DEFENDANTS**

## DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

Comes now the separate defendant, Network Solutions, LLC, by and through its counsel, and for its Disclosure Statement being filed pursuant to Fed. R. Civ. P. 7.1, states as follows:

1. Network Solutions, LLC is wholly owned by GA-Net Sol Parent, LLC, which, in turn, is wholly owned by Net Sol Holding, LLC.

2. None of these entities is publicly owned.

Respectfully submitted,

NETWORK SOLUTIONS, LLC,


By:   /s/ John M. Scott
        Robert L. Jones, III, AR Bar #69041
        John M. Scott, AR Bar #97202
        Kerri E. Kobbeman, AR Bar #2008149
        CONNER & WINTERS, LLP
        211 E. Dickson Street
        Fayetteville, AR  72701
        Telephone (479) 582-5711
        Facsimile (479) 587-1426

        *Its Attorneys*

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 11, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

H. William Allen
Brooks C. White
Allen Law Firm
212 Center Street, 9th Floor
Little Rock, AR  72201

Michael H. Page
Durie Tangri, LLP
217 Leidesdorff St.
San Francisco, CA  94111

Jennifer H. Doan
Joshua R. Thane
Haltom & Doan
Crown Executive Center, Suite 100
6500 Summerhill Rd.
Texarkana, TX  75503

  I hereby certify that I have mailed the document by the United States Postal Service to the following non CM/ECF participants:

Curtis J. Neeley, Jr.
2619 N. Quality Lane, Apt. 123
Fayetteville, AR  72703

            /s/ John M. Scott
            John M. Scott