UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| CURTIS J. NEELEY JR., | § | |
| | § | |
| PLAINTIFF | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 09-5151 |
| | § | |
| NAMEMEDIA, INC., NETWORK SOLUTIONS, INC., GOOGLE INC. | § § | |
| | § | |
| DEFENDANT | § | |

**GOOGLE INC.'S RESPONSE AND BRIEF IN OPPOSITION TO MOTION REQUESTING RECONSIDERATION (Re: Docket #97)**

By its order of March 4, 2010, this Court correctly dismissed Mr. Neeley's copyright, invasion of privacy, and direct and contributory trademark claims against Google Inc. Mr. Neeley now seeks reconsideration of those rulings. Mr. Neeley does not, however, offer any colorable basis to revisit or alter those rulings, and his motion should be denied.[1]

**I.    There is No Basis to Reconsider the Court's Dismissal of Mr. Neeley's Copyright, Trademark, and Privacy Claims**

Mr. Neeley's arguments for reconsideration merely rehash those already considered and rejected by this Court. *See Woody v. Dirani*, 243 F.R.D. 319, 320-321 (W.D. Ark. July 31, 2007) (citing *Terra Intern., Inc. v. Robinson*, 113 Fed. Appx. 723, 725 (8th Cir. 2004); *Broadway v. Norris*, 193 F.3d 987, 990 (8th Cir. 1999)) (stating that a motion for reconsideration is "not a vehicle for simple reargument on the merits"). Mr. Neeley confirms both that he has no copyright registration and that he refuses to seek one. Neither does he offer any basis to

---

[1] Mr. Neeley's pleading also seeks, yet again, leave to amend his complaint. Google opposes that motion by a separate pleading.

**GOOGLE INC'S OPPOSITION TO MOTION FOR RECONSIDERATION– Page 1**

conclude that his online photographs qualify as original works of art under Section 106A: they plainly do not. His copyright claims therefore fail. He appears not to challenge the Court's ruling on his invasion of privacy claim. And his argument for reconsideration of the Court's ruling on his contributory trademark infringement claims consists entirely of a claim that the court in *Vulcan v. Google* reached a contrary result—on dramatically different alleged facts.[2]

None of these arguments provides a basis to revisit the Court's prior ruling.

## CONCLUSION

Neeley has offered no basis for the Court to reconsider its dismissal of his copyright, privacy, and trademark claims, and the Court should not disturb its rulings.

Respectfully submitted,

Joshua R. Thane
Jennifer H. Doan
Arkansas Bar No. 96063
Joshua R. Thane
Arkansas Bar No. 2008075
HALTOM & DOAN
Crown Executive Center, Suite 100
6500 Summerhill Road
Texarkana, TX  75503
Telephone:  (903) 255-1000
Facsimile:  (903) 255-0800
Email:  jdoan@haltomdoan.com
Email:  jthane@haltomdoan.com

Michael H. Page
Durie Tangri, LLP
217 Leidesdorff Street
San Francisco, CA  94111

---

[2] Mr. Neeley argues that it "is outrageous that [Google's] Counsel has not even skimmed over the case in Illinois." Though plainly irrelevant to this motion, Google's counsel here is also Google's lead counsel in the *Vulcan* matter, and has done considerably more than "skim" those pleadings. In that case, class plaintiffs alleged (incorrectly) that Google licensed, hosted, and operated thousands of infringing websites. Here, by contrast, there are no such allegations;  as the Court notes, NameMedia, not Google, is alleged to own and operate the site in question. In *Vulcan*, class certification has been denied, and Google's motion for summary adjudication of plaintiff's ACPA claims is under submission.

**GOOGLE INC'S OPPOSITION TO MOTION FOR RECONSIDERATION– Page 2**

                   Telephone: 415-362-6666
                   Email: mpage@durietangri.com

                   **ATTORNEYS FOR DEFENDANT**
                   **GOOGLE INC.**

## CERTIFICATE OF SERVICE

   I, Joshua R. Thane, hereby certify that on March 11, 2010, I electronically filed the foregoing GOOGLE INC.'S RESPONSE AND BRIEF IN OPPOSITION TO MOTION REQUESTING RECONSIDERATION (Re; Docket #97) with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following list:

| | |
|---|---|
| H. William Allen | Robert L. Jones, III |
| Brooks White | John M. Scott |
| Allen Law Firm, P.C. | Kerri E. Kobbeman |
| 212 Center Street | CONNER & WINTERS, LLP |
| Ninth floor | 211 E. Dickson Street |
| Little Rock, Arkansas 72201 | Fayetteville, AR 72701 |

and I hereby certify that I have mailed the document by the United States Postal Service to the following non-CM/ECF participants:

  Curtis J. Neely, Jr.
  2619 N. Quality Lane
  Apartment 123
  Fayetteville, AR 72703

                         *Joshua R. Thane*
                         Joshua R. Thane