**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**CURTIS J. NEELEY, Jr.**                                                                **PLAINTIFF**

**VS.**                        **CASE NO. 5:09-cv-05151-JLH**

**NAMEMEDIA, INC.;
and GOOGLE, INC.**                                                        **DEFENDANTS**

**SEPARATE DEFENDANT NAMEMEDIA, INC.'S RESPONSE TO "MOTION TO COMPEL NAMEMEDIA INC TO REMOVE SPIDER.TXT FILE"**

Separate Defendant NameMedia, Inc. ("NameMedia"), in response to the "Motion to Compel NameMedia Inc to Remove Spider.txt File" filed by Plaintiff Curtis J. Neely, Jr. ("Neeley), states as follows:

With his motion, Mr. Neeley is requesting the Court to require NameMedia to do something but fails to tell the Court why he is entitled to the relief requested under applicable law. Courts of course do not grant relief to parties with nothing more than a bald request that relief be granted. Neeley cites selected language from a case out of the Northern District of California but fails to explain how the cited language entitles him to the relief he requests. His request seems to be in the nature of an order compelling discovery but he does not even allege that he has complied with any applicable rules of discovery.

For these reasons the motion should be denied.

                                                                                Respectfully submitted,

                                                                                H. WILLIAM ALLEN (ABN 69001)
                                                                                BROOKS C. WHITE (ABN 2000093)
                                                                                ALLEN LAW FIRM
                                                                                A Professional Corporation

            212 Center Street, 9th Floor
            Little Rock, AR 72201
            (501) 374-7100

            By: /s/ H. William Allen
              H. William Allen

            By: /s/ Brooks C. White
              Brooks C. White

            Attorneys for Defendant NameMedia, Inc.


## CERTIFICATE OF SERVICE

  I, Brooks C. White, hereby certify that on this 30th day of July, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following attorneys of record:

Michael H. Page
Durie Tangri, LLP
217 Leidesdorff Street
San Francisco, CA 94111
mpage@durietangri.com

Jennifer H. Doan
jdoan@haltomdoan.com
Joshua R. Thane
jthane@haltomdoan.com
Haltom & Doan
Crown Executive Center, Suite 100
6500 Summerhill Road
Texarkana, TX 75503


  I further certify that, on this 30th day of July, 2010, I mailed a copy of the foregoing to the following *pro se* plaintiff:

    Mr. Curtis J. Neeley, Jr.
    2619 N. Quality Lane, Apt. 123
    Fayetteville, AR 72703

/s/ Brooks C. White
Brooks C. White