U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
AUG 17 2010
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

Curtis J Neeley Jr., MFA                                    PLAINTIFF

vs.                  NO. 09-05151

NAMEMEDIA INC., Network Solutions LLC,
& Google Inc.                                          DEFENDANTS

## RULE 7.3(a) *EX PARTE* COMMUNICATION WITH THE COURT, LISTED PARTIES AND FCC

Curtis J Neeley Jr MFA respectfully communicates an increase of distress and defamation when the Eighth Circuit completely ignored all pending issues and rulings consistent with evidence on all perpetually pending orders the Plaintiff/Appellant thought asked considered. The Plaintiff thereby recognizes solid determination of United States Courts to protect Courts' unregulated use of the transmission of WIRE for pornography. There were enough obvious errors overlooked already that the Plaintiff now believes pornography and courtrooms are in some way de facto "linked".

Honorable Jimm Larry Hendren should now be able to see that the FCC has been nonfeasant since communications by wire came to be called the Internet long before the popularity of wireless Internet and that limitations do not accrue from the first of repeated actions but the last. It should also be obvious that ACA 16-56-116 was not written to permit redress for parties who were once insane and minors in penitentiaries out-of-State. No response is necessary, sought or desired by this communication.

The incorrect and illogical belief that imprisonment out of Arkansas was the rational making minority and insanity only two of the three allowed conditions in 1999 instead of removal of DIMWIT and IDIOT in 1986 should now be obvious. Plaintiff/Appellant stated in the Appellant Brief that approval of pending motions would result in dismissal of the Interlocutory Appeal. The Petition for Certiorari is now required and the Supreme Court now has discretionary jurisdiction.

The perpetually pending orders discussed in these two amended Briefs were not yet considered but will be re-ignored and this communication attempts to help make the Honorable Jimm Larry Hendren aware that by Christmas EVERY order now pending will be ordered granted as plead and were already plead as denied but were overlooked and ignored in error thus far. A Motion for Certiorari will likely be granted by Christmas and result in the most impacting judicial ruling in history. It will stop the United States trafficing in unregulated pornography to the entire Earth via WIRE COMMUNICATIONS.

There remains a brief opportunity to save each Appellee expenses and impact history *positively* while considering the *perpetually pending orders*. The FCC is aware of this action and replied to the Plaintiff/Appellant and asserted that the Internet was not within their jurisdiction. The FCC will be ordered to regulate "communication by wire" called the Internet when this case resolves as has been their duty since 1934.

Honorable Judge Jimm Larry Hendren now has the opportunity for rulings that anchor his place in history in a good way by finally ordering the FCC to regulate communications by wire in contrast to his current illogical rulings and perpetually pending motions. There are two paths to resolution but both end at the United States Supreme Court. As it stands now, the Plaintiff/Appellant has requested an EMERGENCY Writ of Mandamus from Supreme Court Justice Samuel Alito and has nearly exhausted other attempts to cease defamation before the trial date for all parties including the ones not allowed added and once called SPECULATIVE in clear demonstration of not looking at the evidence in the record or on the WIRE now. This case will be examined in future law schools and Honorable Judge Jimm Larry Hendren rulings thus far are exceedingly illogical and obviously in plain error.

The Supreme Court is likely to exercise discretionary jurisdiction in October when receiving the Plaintiff/Appellant's Motion for Certiorari. This issue affects every human on Earth who uses WIRE COMMUNICATIONS. *The Judge's New Clothes*[1] is ironically an appropriate fairy tale to compare with wherein the ruling Emperor was unaware of the delusion of being clothed but was really naked. This Courtroom action will result in WIRE COMMUNICATIONS no longer being allowed to traffic nudity to the anonymous public due to the obvious statutory duty of the FCC,[2] as is clearly described repeatedly in the Communications Act of 1934.

Respectfully submitted by hand,

Curtis J Neeley Jr, MFA

---

[1] "The Emperor's New Clothes" was first published on 7 April 1837 by C. A. Reitzel in Copenhagen, Denmark as the third and final installment of the first collection of *Andersen's Fairy Tales Told for Children*. —Tales in which Andersen voices a satirical disrespect for the court.

[2] Communications Act of 1934 SEC III p.8 ¶ 51

# CERTIFICATE OF SERVICE

I hereby certify that today I will file a copy of the foregoing with the Court clerk for the United States Court in the Western District of Arkansas and the clerk will scan each document and it will be made into a B&W PDF and be available to all attorneys representing the Defendants for this case. Their Counsel will each receive notification from EM/ECF. The color PDFs that were printed from are accessible free to the public at <http://www.CurtisNeeley.com/5-09-cv-05151/Docket> immediately and perpetually by the end of the day.

**CurtisNeeley.com/5-09-cv-05151/Docket**

/s/Curtis J Neeley Jr, MFA
Curtis J Neeley Jr, MFA