# IN THE UNITED STATES COURT FOR THE WESTERN DISTRICT OF ARKANSAS

Curtis J Neeley Jr., MFA

v

CASE NO. 5:09-cv-05151

NameMedia Inc.
Google Inc.

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
OCT 25 2010
CHRIS R. JOHNSON, CLERK
BY
    DEPUTY CLERK

## MOTION TO DISMISS SEVERAL PENDING MOTIONS LEAVING ONLY PRIOR DOCKET 167 SUPPORTED BY DOCKET 168

Comes now the Plaintiff, respectfully and requests granting the Court Dismiss everything pending except the Fourth Amended Complaint that will add numerous Defendants and claims since liabilities were found after NameMedia Inc ceased violating Plaintiff's exclusive moral rights to publish original nude photographs after January 24th 2010. The Fourth attempt to add Defendants was done to resolve this EXTREMELY complicated swarm of tortuous activity involving nonfeasant federal agencies, Ponzi schemes, and unconstitutional United States Statutes, etc. US Title 17 has been nothing but a HOAX introduced by a lawyer appointed to Congress and signed by President George Washington on May 31, 1790.

The Plaintiff realizes that *pro se* litigants are not often good at litigating. Motions to amend and reconsider have been pending since Docket 128 on May 27, 2010. Nearly five months have passed. Defendant Google Inc increased their defamation requiring the Motion for Preliminary Injunction of Docket 134. Docket 158 sought to file via CM/ECF and is no longer requested. Docket 160 is incorporated as a new claim instead of a request for production. All Motions now sought dismissed were pending prior to the Rule 26(f) agreed last date to add a claim of June 30, 2010 except two motions involving Dockets (158, 159, 160, 161)

Curtis J Neeley Jr., MFA now seeks to clear the Court Docket so that rather than a swarm of perpetually pending motions there will be only Docket 178 with its Supporting Brief of Docket 178 and dismissing Dockets (128, 129, 130, 131, 132. 133, 134, 135, 158, 159, 160, 161) which are all included as needed in Docket 178 with its Supporting Brief of Docket 178. This request is pending for the Supreme Court Conference on October 29, 2010 wherein the Supreme Court has been asked only to permit Docket 178 with a Preliminary Injunction. This is only a motion to dismiss motions and is not responsive for the two Defendants or for increasing costs. Docket 167 has been opposed by all parties as well as one dismissed entity no longer a party.

This motion gives this Court three days to grant Docket 178 with a Preliminary Injunction or be ordered by the Supreme Court as a simple Matter of Law. Most humans will detest the fact that the wire communications called the Internet for disguise will now be regulated but it is the only logical reading of the law as well as moral "copy-rights" now being recognized after two centuries and two decades of fraud. These two simple facts are impossible to miss. The truth that the domain name "Ponzi-scheme" violates laws that have been written for centuries is less straightforward but no less obvious once pointed out as having generated billions while being violated. The swarm of pending motions was all filed by hand and EC/EMF is no longer desired.

Respectfully Submitted by Hand

Curtis J. Neeley Jr., MFA

# CERTIFICATE OF SERVICE

I hereby certify that today I will file a copy of the foregoing with the Court clerk for the United States Court in the Western District of Arkansas and the clerk will scan each document and it will be made into a B&W PDF and be available to all attorneys representing the Defendants for this case. Their Counsel will each receive notification from EM/ECF. The color PDFs that were printed from are accessible free to the public at <http://www.CurtisNeeley.com/5-09-cv-05151/Docket> immediately and perpetually by the end of the day.

**CurtisNeeley.com/5-09-cv-05151/Docket**

/s/Curtis J Neeley Jr.
Curtis J Neeley Jr, MFA