IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CURTIS J. NEELEY, JR.                                           PLAINTIFF

       v.            Civil No. 09-5151

NAMEMEDIA, INC., NETWORK
SOLUTIONS, INC.; and
GOOGLE, INC.                                                    DEFENDANTS

## O R D E R

Now on this 27th day of October, 2010, comes on for consideration plaintiff's **Motion For Federal Communications Injunction** (docket entry #180), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **denied.**  The motion seeks injunctive relief against the Federal Communications Commission ("FCC").  The FCC is not a party to this case, and the Court has denied plaintiff's motion to amend so as to make it a party.

**IT IS SO ORDERED.**

                                                  /s/ Jimm Larry Hendren
                                                JIMM LARRY HENDREN
                                                UNITED STATES DISTRICT JUDGE