IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CURTIS J. NEELEY, JR.                                                    PLAINTIFF

             v.                 Civil No. 09-5151

NAMEMEDIA, INC., NETWORK
SOLUTIONS, INC.; and
GOOGLE, INC.                                                         DEFENDANTS

                          O R D E R

      Now on this 1st day of November, 2010, comes on for
consideration plaintiff's **Second Request For Leave To File Fourth
Amended Complaint** (docket entry #193).  This motion will be **denied**
for the reasons set forth in docket entries #125 and #186.

      IT IS SO ORDERED.

                                /s/ Jimm Larry Hendren
                              JIMM LARRY HENDREN
                              UNITED STATES DISTRICT JUDGE