IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**CURTIS J. NEELEY, Jr.**                                                                                                       PLAINTIFF

VS.                                    **CASE NO. 5:09-cv-05151-JLH**

**NAMEMEDIA, INC.;**
**and GOOGLE, INC.**                                                                                                           DEFENDANTS

### RESPONSE TO PLAINTIFF'S MOTION
### "FOR JOINING OF CLAIMS AND
### JOINDER OF THE FCC AS ANOTHER PARTY"

Separate defendant NameMedia, Inc. ("NameMedia"), for its Response to Plaintiff's Motion "For Joining of Claims and Joinder of the FCC as Another Party," states as follows:

1. Plaintiff's motion is in substance nothing but a motion to amend his complaint.

2. Plaintiff apparently misunderstands the function of Rules 18 and 20 of the Federal Rules of Civil Procedure; those rules merely define when and under what circumstances claims and parties may be joined in a single action; they do not provide a mechanism for adding parties and claims to an existing lawsuit.

3. For this reason, Plaintiff's motion should be denied in its entirety.

WHEREFORE, NameMedia requests that the motion be denied, and for all other relief to which it may be entitled.

Respectfully submitted,

H. WILLIAM ALLEN (ABN 69001)
BROOKS C. WHITE (ABN 2000093)
ALLEN LAW FIRM
A Professional Corporation
212 Center Street, 9th Floor
Little Rock, AR 72201

- 1 -

(501) 374-7100
hwallen@allenlawfirmpc.com
bcwhite@allenlawfirmpc.com

By: /s/ H. William Allen
    H. William Allen

By: /s/ Brooks C. White
    Brooks C. White

Attorneys for Defendant and Counterclaimant
NameMedia, Inc.

## CERTIFICATE OF SERVICE

I, Brooks C. White, hereby certify that on this 2nd day of November, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following attorneys of record:

Michael H. Page
Durie Tangri, LLP
217 Leidesdorff Street
San Francisco, CA 94111
mpage@durietangri.com

Jennifer H. Doan
jdoan@haltomdoan.com
Joshua R. Thane
jthane@haltomdoan.com
Haltom & Doan
Crown Executive Center, Suite 100
6500 Summerhill Road
Texarkana, TX 75503

I hereby certify that, on this 2nd day of November, 2010, I mailed a copy of the foregoing to the following *pro se* plaintiff:

Mr. Curtis J. Neeley, Jr.
2619 N. Quality Lane, Apt. 123
Fayetteville, AR 72703

/s/ Brooks C. White
Brooks C. White