```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

**CURTIS J. NEELEY, JR.**                                      PLAINTIFF

       v.       Civil No. 09-5151

**NAMEMEDIA, INC., NETWORK
SOLUTIONS, INC.; and
GOOGLE, INC.**                                                 DEFENDANTS

### O R D E R

Now on this 17th day of November, 2010, comes on for consideration plaintiff's **Motion For Joining Of Claims And Joinder Of The FCC As Another Party** (docket entry #198). Despite plaintiff's claim that this is "not a motion to amend," it does in fact seek that very type of relief, and is **denied** for the reasons set forth in docket entries #125 and #186.

**IT IS SO ORDERED.**

                                                   /s/ Jimm Larry Hendren  
                                                **JIMM LARRY HENDREN**  
                                                **UNITED STATES DISTRICT JUDGE**