```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

**CURTIS J. NEELEY, JR.**                                           **PLAINTIFF**

       **v.**            **Civil No. 09-5151**

**NAMEMEDIA, INC., NETWORK
SOLUTIONS, INC.; and
GOOGLE, INC.**                                                      **DEFENDANTS**

<u>**O R D E R**</u>

Now on this 2nd day of December, 2010, the Court, taking note that plaintiff has requested it to recuse from this case (Document #208), sets the matter down for hearing at 1:30 p.m. on Thursday, December 9, 2010, in Room 509 of the John Paul Hammerschmidt Building, 35 East Mountain Street, Fayetteville, Arkansas.

    **IT IS SO ORDERED.**

                                                /s/ Jimm Larry Hendren
                                              **JIMM LARRY HENDREN
                                              UNITED STATES DISTRICT JUDGE**