# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### FAYETTEVILLE   DIVISION

## **MINUTES**

CURTIS J. NEELEY, JR.

PLAINTIFF

   ATTY: pro se

NAMEMEDIA, INC. & GOOGLE, INC.

DEFENDANT

   ATTY: Michael Page & Jennifer Doan

      representing Google, Inc.

JUDGE: Erin L. Setser, U. S. Magistrate Judge

REPORTER: Rick Congdon

CLERK: Gina Hellums

CASE NO. 09-5151

DATE: December 6, 2010

ACTION: Motion Hearing [re: 184] for Injunctive Relief

| TIME | MINUTES |
|------|---------|
| 9:10 am | CONVENE |
| | Present are Curtis Neeley, Jr., pro se plaintiff and Michael Page and Jennifer Doan representing Google, Inc. |
| | Counsel for NameMedia, Inc. not present. |
| | Court states factors regarding preliminary injunctive relief. |
| | Testimony on behalf of plaintiff: |
| | 1. Curtis J. Neeley, Jr. |
| | Defense does not present any testimonial evidence. |
| | Court advises plaintiff that previous comments made could result in sanctions or contempt of court. |
| | Court advises plaintiff's concise settlement statement is limited to 5 pages. |
| | Plaintiff makes closing arguments. |
| | Defense makes closing arguments. |
| | Plaintiff presents a response to defense's closing arguments. |
| | The Court will take the matter under advisement and will issue a report. |
| 11:20 am | ADJOURN |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |