UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| CURTIS J. NEELEY JR., | § | |
| | § | |
| PLAINTIFF | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 09-5151 |
| | § | |
| NAMEMEDIA, INC., NETWORK | § | |
| SOLUTIONS, INC., GOOGLE INC. | § | |
| | § | |
| DEFENDANT | § | |

**DEFENDANT GOOGLE INC.'S NOTICE OF EXHIBITS TO
MOTION HEARING [RE: 184] FOR INJUNCTIVE RELIEF**

During the hearing in front of the Honorable Magistrate Judge Erin Setser regarding Plaintiff's motion for injunctive relief [Dkt. No. 184], Defendant Google Inc. referenced two exhibits which were only available electronically at the time of the hearing. Attached hereto, and as identified below, are the exhibits which were referenced during the motion hearing held on December 6, 2010.

(1)   Exhibit 1:  "Wikipedia No Disclaimer for Figurenude by Curtis Neeley,"

(2)   Exhibit 2:  "Creative Commons Attribution 3.0 Unported license for Curtis Neeley."

Respectfully submitted,

/s/ Joshua R. Thane
Jennifer H. Doan
Arkansas Bar No. 96063
Joshua R. Thane
Arkansas Bar No. 2008075
HALTOM & DOAN
Crown Executive Center, Suite 100
6500 Summerhill Road
Texarkana, TX  75503
Telephone:  (903) 255-1000
Facsimile:  (903) 255-0800
Email:  jdoan@haltomdoan.com
Email:  jthane@haltomdoan.com

Michael H. Page
Durie Tangri, LLP
217 Leidesdorff Street
San Francisco, CA  94111
Telephone: 415-362-6666
Email: mpage@durietangri.com

**ATTORNEYS FOR DEFENDANT GOOGLE INC.**

## CERTIFICATE OF SERVICE

      I, Joshua R. Thane, hereby certify that on December 6, 2010, I electronically filed the foregoing DEFENDANT GOOGLE INC.'S NOTICE OF EXHIBITS TO MOTION HEARING [RE: 184] FOR INJUNCTIVE RELIEF with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following list:

    H. William Allen  
    Brooks White  
    Allen Law Firm, P.C.  
    212 Center Street  
    Ninth floor  
    Little Rock, Arkansas 72201  

and I hereby certify that I have mailed the document by the United States Postal Service to the following non-CM/ECF participants:

    Curtis J. Neely, Jr.  
    2619 N. Quality Lane  
    Apartment 123  
    Fayetteville, AR 72703  

                                         /s/ Joshua R. Thane  
                                         Joshua R. Thane