# EXHIBIT A

```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
CURTIS NEELEY, JR.,              )
                                 )
          Plaintiff,             )
                                 )
   vs.                           ) Case No. 5:09CV05151-JLH
                                 )
NAMEMEDIA, INC., NETWORK         ) Fayetteville, Arkansas
SOLUTIONS, INC.; and             )
GOOGLE, INC.,                    )
                                 )
          Defendants.            )
                TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE ERIN SETSER,
         UNITED STATES DISTRICT COURT MAGISTRATE
                    DECEMBER 6, 2010

                   A P P E A R A N C E S
For the Plaintiff:      Pro se

For the Defendants:     MS. JENNIFER HALTOM DOAN
                        Haltom & Doan
                        Crown Executive Plaza, Ste. 100
                        6500 Summer Hill Road
                        Texarkana, Arkansas  75503
                        MR. MICHAEL H. PAGE
                        Durie Tangri
                        217 Leidesdorff Street
                        San Francisco, California  94111



REPORTED BY:
RICK L. CONGDON, RMR, FCRR
Federal Official Court Reporter
P. O. Box 8493
Ft. Smith, Arkansas  72902
```

Page 8

1        THE COURT: Okay. Now, in your Complaint, I
2   don't see that you've asked for this type of injunctive
3   relief. What I'm referring to is document 53. This is
4   your Amended Complaint, page eleven, your prayer for
5   relief. You asked -- I'm trying to find what relief you
6   have asked for that relates to the relief you seek in your
7   Motion for preliminary injunction. From what I can gather,
8   the only possible relief that's related is a prayer on page
9   eleven. You state plaintiff prays NameMedia, Inc., be
10  ordered to transfer Photonet to the Plaintiff where they
11  originally violated the nude photographs with no warning to
12  minors. Then you seek damages. Then you refer to the
13  sleep spot domain which doesn't relate to the injunctive
14  relief on the outrage claim. So what I need you to tell
15  me, Mr. Neeley, you need to be able to tie the Motion for
16  Preliminary Injunctive Relief to a pending claim in this
17  action. It appears that it is linked to the outrage claim,
18  but it does not appear in your Amended Complaint that you
19  seek final injunctive relief in the form that you seek in
20  your Motion for preliminary injunction. Can you tell me
21  how the two are related?
22       THE PLAINTIFF: I have attempted, excuse me, I
23  have attempted to amend the Complaint about nine ways to
24  Sunday and have been unallowed because of denis [sic]
25  factors.

1         THE COURT:  Okay.  So you sought to amend your
2    Complaint to seek the type of relief that you're seeking in
3    the Motion for preliminary injunction.
4         THE PLAINTIFF:  Yes, ma'am.
5         THE COURT:  Is that correct?
6         THE PLAINTIFF:  Yes, ma'am.
7         THE COURT:  You were denied leave to amend?
8         THE PLAINTIFF:  I was denied leave to amend
9    because I have tried to amend too many times.
10        THE COURT:  Well, I have to tell you, if you do
11   not have in your Amended Complaint, and that's what you are
12   bound by now, you've been denied leave to amend, so only
13   the claims in that Amended Complaint that have not been
14   dismissed are what will proceed any further in this action,
15   and if your injunctive relief is based on relief you sought
16   in an Amended Complaint that was not allowed to be filed, I
17   don't know that the Court can grant that injunctive relief.
18   It has to be based on claims you actually have pending
19   based on the Amended Complaint that was allowed that was
20   filed on January 22nd, so can you, can you tell me -- I'll
21   give you another opportunity -- does this request for
22   preliminary injunctive relief relate to the outrage claim
23   stated in your January 22nd Amended Complaint and to the
24   relief you seek in that Amended Complaint?
25        THE PLAINTIFF:  No, ma'am, I do not believe that

```
 1   company, to Wikimedia.
 2              THE COURT:  On a disk or in what format?
 3              THE PLAINTIFF:  I did it just directly digital.
 4   I pulled it up.
 5              THE COURT:  So did you upload these pictures on
 6   to the internet?
 7              THE PLAINTIFF:  Yes, ma'am, I did.
 8              THE COURT:  To Wikimedia's website, is that what
 9   it's called?  Is it a website?
10              THE PLAINTIFF:  It is a website; yes, ma'am.
11              THE COURT:  So that's how these pictures were
12   streamlined into the internet, correct?
13              THE PLAINTIFF:  Yes, ma'am.
14              THE COURT:  Now, how long ago was that?  How long
15   have they been accessible on the internet?
16              THE PLAINTIFF:  I do not know exactly, but
17   probably been about two years.
18              THE COURT:  Two years?
19              THE PLAINTIFF:  (Plaintiff moves head up and
20   down.)  Long time ago.
21              THE COURT:  And how is -- how do you contend that
22   Wiki -- that Google is responsible for what's on Wikimedia?
23              THE PLAINTIFF:  They are not.  However, they do
24   put my name with just the -- out of context with the
25   pictures.  They bring up my name and the pictures which
```

```
 1              THE PLAINTIFF:  I believe so.  I don't know.
 2              THE COURT:  Okay.  So Michael Peven took this
 3    picture?
 4              THE PLAINTIFF:  Yes, ma'am.
 5              THE COURT:  Okay.  And how is it being linked to
 6    you?
 7              THE PLAINTIFF:  Because I have said on a blog
 8    entry that I believe it's detestable that a man could have
 9    a degree in photography and have done work like this as his
10    final project, a picture of his -- his -- a picture of his
11    own erect penis from 1979.
12              THE COURT:  So that is how the picture has been
13    linked to you is through a blog entry?
14              THE PLAINTIFF:  Yes, ma'am.
15              THE COURT:  So, Mr. Neeley, you, in fact, linked
16    it to you then, did you not, by putting your name on a blog
17    entry?
18              THE PLAINTIFF:  I said that I hate this picture
19    and I guess that I could -- that means I said I wanted to
20    see it by my name?  It does not make sense I should --
21              THE COURT:  How is Google responsible then for
22    this photograph being linked to your name?
23              THE PLAINTIFF:  They have the mechanistic system
24    to go through and look at the whole page and finds my name
25    and finds his name and finds this picture and puts it on my
```

1  Q   In other words, you have complete control over whether
2  the Michael Peven photograph appears in connection with
3  your name in Google image searches and have the ability to
4  turn it on and off at will, correct?
5  A   Not exactly; no.
6  Q   Why is that incorrect?
7  A   It's incorrect because it is saying that I have
8  control.  It depends upon whether or not they have the text
9  link or if it is not text linked.
10 Q   And your actions, by changing it from a live link to
11 text, cause it to appear and disappear from Google image
12 searches, correct?
13 A   I believe so; yes.
14 Q   And you could do that over and over again, if you were
15 so inclined?
16 A   I suppose so.
17 Q   So you have completely -- you have the ability, which
18 you've already exercised once, and you've testified that
19 you just exercised again, to remove the offending
20 photograph from Google's image search results, correct?
21 A   Yes.
22 Q   You testified earlier as to your Wikipedia posts of
23 your photographs, correct?
24 A   Yes.
25 Q   You placed those photographs in Wikipedia, correct?

1   A   They must, but they must not do it in a way that
2   disparages me.
3   Q   Okay.  And reproducing your work without alteration and
4   attributing it to your name disparages you how?
5   A   Because I do not believe that -- I do not believe that
6   a minor child or a practicing Muslim should be exposed to
7   my art.
8   Q   Okay.  Are you free to remove your postings from
9   Wikipedia?
10  A   Yes.
11  Q   Why have you not done so?
12  A   Why would I?
13  Q   To prevent Muslims and children from being able to see
14  them.
15  A   That's easily done by asking Google not to show them.
16           THE COURT:  I'm sorry.  Again, you need to speak
17  directly into the microphone.
18  A   I believe that it's just as easy to ask Google not to
19  show my pictures to the children and Muslims.
20  Q   And if Google shut down entirely tomorrow, your
21  pictures would still be available to children and Muslims
22  on the Wikipedia site where you put them, correct?
23  A   They would be.
24           MR. PAGE:  I have nothing further, Your Honor.
25           THE COURT:  Okay.  Mr. Neeley, anything further

```
 1   for them on Wikimedia?
 2           THE PLAINTIFF:  I don't believe so, not the way
 3   they do it on Google.
 4           THE COURT:  How is it different then?
 5           THE PLAINTIFF:  On Google it links to a picture,
 6   brings up my pictures, and Wikimedia brings up a bunch of
 7   articles.
 8           THE COURT:  Does it also bring up your
 9   photographs?
10           THE PLAINTIFF:  No.  Links to them, not the
11   photographs.
12           THE COURT:  Links to them.  So all you would have
13   to do is click on a link and then your picture would be
14   seen?
15           THE PLAINTIFF:  I believe so.
16           THE COURT:  Okay.  So, again, other than the
17   difference that there might be a -- you have to make an
18   extra click on a link, how is it that Google is doing
19   anything that Wikimedia is not?
20           THE PLAINTIFF:  I don't know.
21           THE COURT:  Okay.  And you acknowledge that you
22   could go in there and remove the pictures from Wikimedia
23   and then the only picture that might still be out there is
24   the one that's on a website in Russia, is that correct?
25           THE PLAINTIFF:  Yes.
```

Page 93

1           C E R T I F I C A T E

2

3    State of Arkansas    )
                          )
4    County of Sebastian  )

5

6         I, Rick L. Congdon, a Registered Merit Reporter, and
7    Official Court Reporter for the United States District
8    Courts, Western District of Arkansas, do hereby certify
9    that the foregoing transcript, taken before me at the time
10   and place herein designated, consisting of pages 2 through
11   92, was taken down by me in machine shorthand and then
12   transcribed via computer, either personally or under my
13   supervision, and that this transcript is a true, correct,
14   and complete transcript of said proceedings as reflected
15   herein.
16        Signed this 8th day of December, 2010, in the City of
17   Ft. Smith, County of Sebastian, State of Arkansas.
18
19
20
21                          /s/    Rick L. Congdon
                            RICK L. CONGDON, RMR, FCRR
22                          OFFICIAL COURT REPORTER
                            U. S. DISTRICT COURTS
23                          WESTERN DISTRICT OF ARKANSAS
24
25