# IN THE UNITED STATES COURT FOR THE WESTERN DISTRICT OF ARKANSAS

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

FEB 0 7 2011

CHRIS R. JOHNSON, Clerk
By
     Deputy Clerk

**Curtis J Neeley Jr., MFA**

v.

**CASE NO. 5:09-cv-05151**

**NameMedia Inc.**
**Google Inc.**

## Motion for Reconsideration of Dockets 223 and 125
(233)

Plaintiff comes now and respectfully requests reconsideration of the order denying the preliminary injunction requested in Docket 184. Plaintiff herein requests that Honorable Jimm Larry Hendren reconsider Docket 223 and Docket 125 rather than leaving justice pending until the trial in July. The Plaintiff will otherwise move to amend during trial as the plain errors in law were overruled in the March 24, 2010 ruling of the Supreme Court in Lewis v Chicago (08-974) establishing tolling of continued violations to the last trespass and not the first. This Motion to reconsider could remove one existing rational for appeal. This is explained more fully in the concurrently filed Supporting Brief if not made moot by admissions filed in Motion for Summary Judgment by Defendant Google Inc in Docket #236. These admissions make the request to amend due to improper listing of complaints required in the interests of Justice.

Respectfully,

*Curtis J. Neeley Jr.*

Curtis J. Neeley Jr., MFA

# CERTIFICATE OF SERVICE

I hereby certify that today I will file a copy of the foregoing with the Court clerk for the United States Court in the Western District of Arkansas and the clerk will scan each document and it will be made into a B&W PDF and be available to all attorneys representing the Defendants for this case. Their Counsel will each receive notification from EM/ECF. The color PDFs that were printed from are accessible free to the public at <http://www.CurtisNeeley.com/5-09-cv-05151/Docket> immediately and perpetually by the end of the day.

**CurtisNeeley.com/5-09-cv-05151/Docket**

/s/Curtis J Neeley Jr, MFA
Curtis J Neeley Jr, MFA