UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| CURTIS J. NEELEY JR., | § | |
| | § | |
| PLAINTIFF | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 09-5151 |
| | § | |
| NAMEMEDIA, INC., NETWORK | § | |
| SOLUTIONS, INC., GOOGLE INC. | § | |
| | § | |
| DEFENDANT | § | |

## GOOGLE INC.'S RESPONSE IN OPPOSITION TO MOTION FOR RECONSIDERATION OF DOCKETS 233 AND 125

The Court should deny Mr. Neeley's "Motion for Reconsideration of Dockets 233 and 125" [Dkt. No. 239] based upon the reasoning in the Court's Orders dated May 20, 2010 [Dkt. No. 125] and January 31, 2011 [Dkt. No. 233], and based upon the arguments set forth in Dkt. Nos. 115, 116, 205 and 229[1], which are incorporated by reference herein.

Respectfully submitted,

/s/ Joshua R. Thane
Jennifer H. Doan
Arkansas Bar No. 96063
Joshua R. Thane
Arkansas Bar No. 2008075
HALTOM & DOAN
Crown Executive Center, Suite 100
6500 Summerhill Road
Texarkana, TX  75503
Telephone:  (903) 255-1000
Facsimile:  (903) 255-0800

---

[1] Each respectively titled, Google Inc.'s Response in Opposition to Third Motion for Leave to File Third Amended Complaint, Google Inc.'s Brief in Opposition to Third Motion for Leave to File Third Amended Complaint, Google Inc.'s Opposition to Motion for Preliminary Injunction, and Google Inc.'s Response in Opposition to Plaintiff's Objection to Report and Recommendation of Docket 225.

        Email:  jdoan@haltomdoan.com
        Email:  jthane@haltomdoan.com

Michael H. Page
Durie Tangri, LLP
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:  (415) 362-6666
Facsimile:  (415) 236-6300
Email: mpage@durietangri.com

**ATTORNEYS FOR DEFENDANT GOOGLE INC.**

## CERTIFICATE OF SERVICE

      I, Joshua R. Thane, hereby certify that on February 23, 2011, I electronically filed the foregoing GOOGLE INC'S RESPONSE IN OPPOSITION TO MOTION FOR RECONSIDERATION OF DOCKETS 233 AND 125 with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following list:

    H. William Allen
    Brooks White
    Allen Law Firm, P.C.
    212 Center Street
    Ninth Floor
    Little Rock, AR 72201

and I hereby certify that I have mailed the document by the United States Postal Service to the following non-CM/ECF participants:

    Curtis J. Neely, Jr.
    2619 N. Quality Lane
    Apartment 123
    Fayetteville, AR 72703

        /s/ Joshua R. Thane
        Joshua R. Thane