UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| CURTIS J. NEELEY JR., | § | |
| | § | |
| PLAINTIFF | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 09-5151 |
| | § | |
| NAMEMEDIA, INC., NETWORK | § | |
| SOLUTIONS, INC., GOOGLE INC. | § | |
| | § | |
| DEFENDANT | § | |

### GOOGLE INC.'S RESPONSE IN OPPOSITION TO MOTION FOR JOINDER OF CLAIMS

Google Inc. is at a loss to discern what Mr. Neeley's "Motion for Joinder of Claims" [Dkt No. 255] seeks. It appears to be either yet another in his endless series of motions to amend or a motion to join the FCC as an additional party, both of which this Court has repeatedly denied. *See* Court's Orders dated May 20, 2010 [Dkt. No. 125], October 27, 2010 [Dkt No. 186], and November 17, 2010 [Dkt No. 209]. In either event, the deadline for amending pleadings or joining additional parties was January 10, 2011 – over four months ago. For these reasons, and based upon the arguments set forth in Dkt Nos. 115, 116, and 170[1], which are incorporated herein by reference, and those set forth in the numerous prior Orders of this Court, Google Inc. respectfully requests that the Court deny Mr. Neeley's motion.

---

[1] Each respectively titled, Google Inc.'s Response in Opposition to Third Motion for Leave to File Third Amended Complaint, Google Inc.'s Brief in Opposition to Third Motion for Leave to File Third Amended Complaint, and Google Inc.'s Opposition to Motion for Leave to File Fourth Amended Complaint.

Respectfully submitted,

/s/ Joshua R. Thane
Jennifer H. Doan
Arkansas Bar No. 96063
Joshua R. Thane
Arkansas Bar No. 2008075
HALTOM & DOAN
Crown Executive Center, Suite 100
6500 Summerhill Road
Texarkana, TX  75503
Telephone:  (903) 255-1000
Facsimile:  (903) 255-0800
Email:  jdoan@haltomdoan.com
Email:  jthane@haltomdoan.com

Michael H. Page
Durie Tangri, LLP
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:  (415) 362-6666
Facsimile:  (415) 236-6300
Email: mpage@durietangri.com

**ATTORNEYS FOR DEFENDANT GOOGLE INC.**

## CERTIFICATE OF SERVICE

I, Joshua R. Thane, hereby certify that on May 31, 2011, I electronically filed the foregoing GOOGLE INC'S RESPONSE IN OPPOSITION TO MOTION FOR JOINDER OF CLAIMS with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following list:

H. William Allen
Brooks White
Allen Law Firm, P.C.
212 Center Street
Ninth Floor
Little Rock, AR 72201

and I hereby certify that I have e-mailed and mailed the document by the United States Postal Service to the following non-CM/ECF participants:

Curtis J. Neely, Jr.
2619 N. Quality Lane
Apartment 123
Fayetteville, AR 72703

/s/ Joshua R. Thane
Joshua R. Thane