IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CURTIS J. NEELEY, JR.                                                                         PLAINTIFF

v.                                         CIVIL NO. 09-5151

NAMEMEDIA, INC.; and
GOOGLE, INC.                                                                                  DEFENDANTS

**O R D E R**

    Comes now before the Court separate Defendant NameMedia, Inc.'s ("NameMedia") motion to cancel or alternatively to postpone the settlement conference scheduled before the undersigned on June 7, 2011. (Doc. 263).  In requesting the cancellation of the settlement conference, NameMedia cites Plaintiff's settlement statement wherein Plaintiff states that he "has absolutely no desire whatsoever to settle this action for any amount that either Defendant would be able to still exist and pay."  As it appears the parties are in agreement that a settlement conference at this stage in the case would be futile, the Court hereby cancels the settlement conference currently scheduled for June 7, 2011.

    Once the current dispositive motions are ruled on and if any viable claims remain, either party may request that a settlement conference be rescheduled.

    IT IS SO ORDERED this 1st day of June 2011.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)