UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| CURTIS J. NEELEY JR., | § | |
| | § | |
| PLAINTIFF | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 09-5151 |
| | § | |
| NAMEMEDIA, INC., NETWORK | § | |
| SOLUTIONS, INC., GOOGLE INC. | § | |
| | § | |
| DEFENDANT | § | |

## GOOGLE INC.'S OPPOSITION TO MOTION FOR JOINDER AND RULE 60 PLEA FOR RELIEF

Mr. Neeley's assault on this Court's docket continues. This time, it is styled a "Motion for Required Joinder and (Rule 60) Plea for Relief." Dkt. Nos. 258, 259, & 260.[1] As to the first request, Mr. Neeley yet again asks this Court to join the Federal Communications Commission as a defendant, presumably so that it can be ordered to prevent the display of Mr. Neeley's own nude photographs on the Internet. As set forth in Google's most recent (but by no means only) opposition to seriatim identical requests (*see* Dkt. No. 261), this Court has denied this motion repeatedly, and the deadline to seek joinder of additional parties has long since passed.

As to the latter request, Rule 60 is a mechanism for correction of **final** judgments and other orders terminating proceedings, on limited grounds. Mr. Neeley appears to view it as yet another basis on which to ask the Court to reconsider "several [unspecified] rulings that are mistakes as demonstrated repetitively in numerous filings of exhibits and an encountered 'surprise' worthy of Federal Rules of CP Rule 60 reversal." Rule 60 is inapplicable to any of the

---

[1] For some reason, Mr. Neeley filed two briefs, apparently identical, in support of his motion.

**GOOGLE INC.'S OPPOSITION TO MOTION FOR JOINDER AND RULE 60 PLEA** – Page 1

interlocutory orders this Court has entered – each of which has already been the subject of endless requests for reconsideration.

Google therefore opposes Mr. Neeley's latest motion.

Respectfully submitted,

/s/ Joshua R. Thane
Jennifer H. Doan
Arkansas Bar No. 96063
Joshua R. Thane
Arkansas Bar No. 2008075
HALTOM & DOAN
Crown Executive Center, Suite 100
6500 Summerhill Road
Texarkana, TX  75503
Telephone:  (903) 255-1000
Facsimile:  (903) 255-0800
Email:  jdoan@haltomdoan.com
Email:  jthane@haltomdoan.com

Michael H. Page
Durie Tangri, LLP
217 Leidesdorff Street
San Francisco, CA  94111
Telephone: 415-362-6666
Email: mpage@durietangri.com

**ATTORNEYS FOR DEFENDANT GOOGLE INC.**

# CERTIFICATE OF SERVICE

I, Joshua R. Thane, hereby certify that on June 3, 2011, I electronically filed the foregoing GOOGLE INC.'S OPPOSITION TO MOTION FOR JOINDER AND RULE 60 PLEA FOR RELIEF with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following list:

   H. William Allen
   Brooks White
   Allen Law Firm, P.C.
   212 Center Street
   Ninth floor
   Little Rock, Arkansas 72201

and I hereby certify that I have mailed the document by the United States Postal Service to the following non-CM/ECF participants:

   Curtis J. Neeley, Jr.
   2619 N. Quality Lane
   Apartment 123
   Fayetteville, AR 72703

                                                   Joshua R. Thane
                                                   Joshua R. Thane