```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

CURTIS J. NEELEY, JR.                                    PLAINTIFF

       v.             Civil No. 09-5151

NAMEMEDIA, INC., NETWORK
SOLUTIONS, INC.; and
GOOGLE INC.                                             DEFENDANTS

<u>O R D E R</u>

Now on this 7th day of June, 2011, come on for consideration plaintiff's **Motion For Joinder Of Claims** (document #255), and **Motion For Required Joinder And (Rule 60) Plea For Relief** (document #258). The Court has considered these motions, and finds them without merit. They either rehash arguments already rejected, or complain about the workings of the Court's electronic filing system. Both motions will be denied.

**IT IS THEREFORE ORDERED** that plaintiff's **Motion For Joinder Of Claims** (document #255) is **denied.**

**IT IS FURTHER ORDERED** that plaintiff's **Motion For Required Joinder And (Rule 60) Plea For Relief** (document #258) is **denied.**

**IT IS SO ORDERED.**

                                             /s/ Jimm Larry Hendren
                                             **JIMM LARRY HENDREN**
                                             **UNITED STATES DISTRICT JUDGE**