UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| CURTIS J. NEELEY JR., | § | |
| | § | |
| PLAINTIFF | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 09-5151 |
| | § | |
| NAMEMEDIA, INC., NETWORK SOLUTIONS, INC., GOOGLE INC. | § § | |
| | § | |
| DEFENDANT | § | |

### GOOGLE INC.'S OPPOSITION TO RULE 59 MOTION FOR NEW TRIAL

Google Inc. opposes Mr. Neeley's Rule 59 Motion for New Trial [Dkt. No. 270]. A motion for a new trial under Federal Rule of Civil Procedure 59 cannot be made before trial and judgment, neither of which has occurred in this matter.  *See* FED. R. CIV. P. 59(a) & (e). Although all claims against Google Inc. and NameMedia, Inc. were disposed of by the Court's June 7, 2011 summary judgment ruling [Dkt. No. 268], counterclaims by NameMedia, Inc. against Mr. Neeley remain, and no judgment can be entered until those claims are tried or otherwise resolved.  In addition, granting a new trial is appropriate only when the verdict is against the weight of the evidence and allowing the verdict to stand would result in a miscarriage of justice.  *Golden Harvest, Inc. v. Davis*, Civ. No. 4:07-cv-04096, 2009 U.S. Dist. LEXIS 64870, at * 3 (W.D. Ark. July 7, 2009) (citations omitted).  Such is not the case in this matter. Simply put, because there has been no first trial, or entry of judgment, which would result in a miscarriage of justice, Mr. Neeley's motion for a new trial should be denied.

Google therefore opposes Mr. Neeley's latest motion.

Respectfully submitted,


/s/ Joshua R. Thane
Jennifer H. Doan
Arkansas Bar No. 96063
Joshua R. Thane
Arkansas Bar No. 2008075
HALTOM & DOAN
Crown Executive Center, Suite 100
6500 Summerhill Road
Texarkana, TX  75503
Telephone:  (903) 255-1000
Facsimile:  (903) 255-0800
Email:  jdoan@haltomdoan.com
Email:  jthane@haltomdoan.com

Michael H. Page
Durie Tangri, LLP
217 Leidesdorff Street
San Francisco, CA  94111
Telephone: 415-362-6666
Email: mpage@durietangri.com

**ATTORNEYS FOR DEFENDANT GOOGLE INC.**

## CERTIFICATE OF SERVICE

I, Joshua R. Thane, hereby certify that on June 20, 2011, I electronically filed the foregoing GOOGLE INC.'S OPPOSITION TO RULE 59 MOTION FOR A NEW TRIAL with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following list:

H. William Allen
Brooks White
Allen Law Firm, P.C.
212 Center Street
Ninth floor
Little Rock, Arkansas 72201

and I hereby certify that I have mailed the document by the United States Postal Service to the following non-CM/ECF participants:

Curtis J. Neeley, Jr.
2619 N. Quality Lane
Apartment 123
Fayetteville, AR 72703

        /s/ Joshua R. Thane
        Joshua R. Thane