IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**CURTIS J. NEELEY, Jr.**                                                                                    **PLAINTIFF**

VS.                          CASE NO. 5:09-cv-05151-JLH

**NAMEMEDIA, INC.**
**and GOOGLE, INC.**                                                                                        **DEFENDANTS**

### BRIEF IN SUPPORT OF MOTION TO DISMISS COUNTERCLAIM

Defendant NameMedia, Inc. ("NameMedia"), for its Brief in Support of Motion to Voluntarily Dismiss Counterclaim, states as follows:

Although Plaintiff has filed an interlocutory appeal, appeal from an interlocutory order does not divest the trial court of jurisdiction to continue with other phases of the case. *Briggs v. LaBarge*, 212 Fed. Appx. 577, 578, *citing Janousek v. Doyle*, 313 F.2d 916, 921 (8th Cir. 1963).

NameMedia wishes to dismiss its counterclaim under F.R.C.P. 41(a)(2) and thus respectfully requests the Court to enter an Order dismissing the counterclaim without prejudice.

    Respectfully submitted,

    H. WILLIAM ALLEN (ABN 69001)
    BROOKS C. WHITE (ABN 2000093)
    ALLEN LAW FIRM, P.C.
    212 Center Street, 9th Floor
    Little Rock, AR 72201
    (501) 374-7100
    hwallen@allenlawfirmpc.com
    bcwhite@allenlawfirmpc.com

By: /s/  Brooks C. White
　　　Brooks C. White

Attorneys for Defendant and
Counterclaimant NameMedia, Inc.

- 2 -

CERTIFICATE OF SERVICE

I, Brooks C. White, hereby certify that on this 22nd day of June, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following attorneys of record:

Michael H. Page
Durie Tangri, LLP
217 Leidesdorff Street
San Francisco, CA 94111
mpage@durietangri.com

Jennifer H. Doan
jdoan@haltomdoan.com
Joshua R. Thane
jthane@haltomdoan.com
Haltom & Doan
Crown Executive Center, Suite 100
6500 Summerhill Road
Texarkana, TX 75503

I further certify that, on this 22nd day of June, 2011, I e-mailed a copy of the foregoing to the following *pro se* plaintiff:

Mr. Curtis J. Neeley, Jr.
2619 N. Quality Lane, Apt. 123
Fayetteville, AR 72703
curtis@curtisneeley.com

/s/ Brooks C. White
Brooks C. White