# IN THE UNINTED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**CURTIS J. NEELEY Jr., MFA**  PLAINTIFF

VS.  CASE NO. 5:09-CV-05151-JLH

**NAMEMEDIA, INC.;**
**NETWORK SOLUTIONS, INC.;**
**and GOOGLE, INC.**  DEFENDANTS

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JUN 29 2011
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

## Reply to Reply to Response Regarding DOCKET 277 DISMISSAL MOTION

The counter defendant prays that the frivolous counterclaim be dismissed with or WITHOUT prejudice. NameMedia Inc will ultimately be faced with convincing a jury that the attention getting cybersquatting of the counter defendant was wrong. An appeal after a severe error in a ruling leaving only the counter claim is N O T an improper interlocutory appeal and the fact that the primary claim was never addressed was improper as will soon be determined on appeal. Otherwise, "moral copyrites" were extinguished by Honorable Jimm Larry Hendren misinterpreting and misunderstanding the meaning of the word "distortion".

The Eighth Circuit is not likely to require the counterclaim dismissal. Nevertheless; nonprejudicial dismissal will make no difference whatsoever at this time in contrast to the counter defendant's prior claim. – Oops.

Respectfully Submitted,

*Curtis J. Neeley Jr.*

Curtis J. Neeley Jr., MFA

# CERTIFICATE OF SERVICE

I hereby certify that June 29, 2011, I will file a copy of the foregoing with the Court clerk for the United States Court in the Western District of Arkansas and the clerk will scan each document and it will be made into a B&W PDF and be available to all attorneys representing the Defendants for this case. Their Counsel will each receive notification from EM/ECF. The color PDFs that were printed from are accessible free to the public at the following.

## <CurtisNeeley.com/5-09-cv-05151/Docket>

*Contrary to the mutilated printed exhibits scanned illegibly by the United States Court Clerks*, the print quality files are available immediately and perpetually by the end of the day for free.
The Court is begged to view the superior exhibits files there.

/s/Curtis J Neeley Jr, MFA
Curtis J Neeley Jr, MFA