# U.S. COURT OF APPEALS - EIGHTH CIRCUIT

## NOA SUPPLEMENT

Please note any additions or deletions to the style of the case from the style listed on the docket sheet or attach an amended docket sheet with the final style of the case.

## 09-5151 CURTIS NEELEY, JR.  vs. NAMEMEDIA, et al.

Length of Trial:        **2 hearing - 1 day each**

Financial Status:    Fee Paid?                                         Yes        No **XX**

        If NO, has IFP been granted?                   Yes **XX**     No

        Is there a pending motion for IFP?            Yes         No

Are there any other post-judgment motions?               Yes         No

Please identify the court reporter.

    If no court reporter, please check

    Name          **THERESA SAWYER**
    Address       **35 E. MOUNTAIN, ROOM 559**
                       **FAYETTEVILLE, AR 72701**
Telephone Number    **479-444-7876**

**CRIMINAL CASES ONLY:**
    Is the defendant incarcerated?                              Yes   No
Place of confinement, if known:

Please list all other defendants in this case, if there were multiple defendants.


SPECIAL COMMENTS: