# United States Court of Appeals
### For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 20, 2011

Mr. Curtis James Neeley Jr.
123
2619 N. Quality Lane
Fayetteville, AR  72703

RE:  11-2558  Curtis Neeley, Jr. v. NameMedia, Inc., et al

Dear Mr. Neeley:

The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A.

The court will consider the case on the original file of the district court, and you do not need to file any additional record materials. If a transcript is required, you should file a motion with this court seeking preparation of a transcript at government expense. Your motion should specify what portions of the transcript you wish to have prepared and it should provide an explanation as to why these portions are necessary for the appeal. Please note that motions for appointment of counsel are rarely granted in pro se civil cases.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in the issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

EDG

Enclosure(s)

cc:   Mr. H. William Allen
      Mr. Rick Congdon
      Ms. Jennifer H. Doan
      Mr. Christopher R. Johnson
      Mr. Robert L. Jones III
      Ms. Kerri E. Kobbeman
      Mr. Michael Henry Page
      Ms. Theresa Sawyer
      Mr. John Mark Scott
      Mr. Joshua R Thane
      Mr. Brooks C. White

   District Court/Agency Case Number(s):   5:09-cv-05151-JLH

Caption For Case Number:   11-2558

**Curtis James Neeley, Jr., MFA**

        Plaintiff - Appellant

v.

**NameMedia, Inc.; Network Solutions; Google, Inc.**

        Defendants - Appellees

------------------------------

**NameMedia, Inc.**

        Counter Claimant

v.

**Curtis James Neeley, Jr., MFA**

        Counter Defendant

**Addresses For Case Participants:   11-2558**

Mr. Curtis James Neeley Jr.
123
2619 N. Quality Lane
Fayetteville, AR  72703

Mr. H. William Allen
ALLEN LAW FIRM
212 Center Street
Suite 950
Little Rock, AR  72201-2440

Mr. Rick Congdon
P.O. Box 8493
Fort Smith, AR  72902-0000

Ms. Jennifer H. Doan
HALTOM & DOAN
6500 Summerhill Road
Suite 100
Texarkana, TX  75503-0000

Mr. Christopher R. Johnson
U.S. DISTRICT COURT
Western District of Arkansas Clerk's Office
35 E. Mountain Street
Suite 510
Fayetteville, AR  72701-5354

Mr. Robert L. Jones III
CONNER & WINTERS
211 E. Dickson Street
Fayetteville, AR  72701-0000

Ms. Kerri E. Kobbeman
CONNER & WINTERS
211 E. Dickson Street
Fayetteville, AR  72701-0000

Mr. Michael Henry Page
DURIE & TANGRI
217 Leidesdorff Street
San Francisco, CA  94111

Ms. Theresa Sawyer
529-C
35 E. Mountain Street
John Paul Hammerschmidt Federal Building
Fayeteville, AR  72701

Mr. John Mark Scott
CONNER & WINTERS
4375 N. Vantage Drive
Suite 405
Fayetteville, AR  72703

Mr. Joshua R Thane
HALTOM & DOAN
6500 Summerhill Road
Suite 100
Texarkana, TX  75503-0000

Mr. Brooks C. White
ALLEN LAW FIRM
212 Center Street
Suite 950
Little Rock, AR  72201-2440